**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| ROBERT HAASE, #75750 | ) ) ) | |
| Plaintiff, | ) ) | 3:12-cv-00673-PMP-VPC |
| vs. | ) ) | **ORDER** |
| PAUL LESSARD, | ) ) | |
| Defendant. | ) | |

Plaintiff has submitted a *pro se* civil rights complaint. He has failed to either pay the filing fee or submit an application to proceed *in forma pauperis* on the required form. *See* 28 U.S.C. § 1915(a)(1)-(2); Local Rules of Special Proceedings 1-1, 1-2. Accordingly, plaintiff's action is dismissed without prejudice. If plaintiff wishes to pursue this matter, he should file a new action, with a new case number, along with either the $350 filing fee or a completed application to proceed *in forma pauperis* on the court-approved form. The application must be accompanied by all required financial documentation, as described in the instructions for use of the form.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that the Clerk **SHALL SEND** plaintiff the approved

forms for filing a civil rights lawsuits under 42 U.S.C. §1983, an Application to Proceed *In Forma Pauperis* by a prisoner, as well as the document "Information and Instructions for Filing a Motion to Proceed *In Forma Pauperis*."

**IT IS FURTHER ORDERED** that the Clerk shall enter judgment accordingly and close this case.

DATED this 26th day of December, 2012.

_____
UNITED STATES DISTRICT JUDGE

2